IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF KENTUCKY
AT LEXINGTON

KENTUCKY RIVERKEEPER, INC.,
et al.,

        Plaintiffs,

v.                                        CIVIL ACTION NO. 05-181-DLB

COLONEL KEITH E. LANDRY, et al.

        Defendants.

## DECLARATION OF RICK HANDSHOE

I, Rick Handshoe, state and affirm as follows:

1. I live in Hueysville, Kentucky and have lived there most of my life.

2. I have been a member of Kentuckians for the Commonwealth, ("KFTC"), for approximately four years. KFTC is a grassroots organization that has approximately 2,200 members statewide. KFTC's mission is to promote social justice and quality of life for all Kentuckians by addressing problems of land and mineral use and ownership. KFTC also promotes the participation of citizens in promoting democratic institutions.

3. As I understand it, the NFC Mine, 836-9023, is located near Lancer, about 2 miles east of Prestonsburg, and has been authorized by the Louisville District of the Army Corps of Engineer, to place a refuse fill in Big Branch, a tributary of Levisa Fork.

4. This fill is very upsetting to me. I am concerned that it will add to significant cumulative impacts from mining in Levisa Fork just downstream of Big Branch between Lancer and Prestonsburg.

5. My home in Hueysville is approximately 18 miles south of Prestonsburg. I travel along Highway 1428 to Prestonsburg approximately every two weeks to shop. I will continue to do so in the future. As I travel along 1428 between Lancer and Prestonsburg, I can see Levisa Fork. I think about the pollution and the damage caused by mining and it makes me very angry that the streams are not protected and preserved for future generations. I am very concerned about the cumulative damage to aquatic life and to the sport fishery in Levisa Fork.

6. I also fish in Levisa Fork between Lancer and Prestonsburg twice a year. I will continue to do so in the future. When I was younger I fished there more frequently.

Overtime, I have noticed a buildup of sediment in the stream and a decreased flow. I believe this is from the impacts of mining. Mines pollute our streams with sediment and have changed the hydrology of the area. Springs and flows that once fed our streams are now gone. This is extremely disturbing to me as I see these streams and the life in them fade away..

7. I used to eat the fish I caught in this section of stream but I am now afraid to eat them. I believe the fish are contaminated by pollutants from the mines upstream. I am concerned that the NFC mine will only add to this pollution and make things even worse. If they stream was cleaned up I would like to be able to eat the fish again.

8. I also received no public notice that the NFC Mine had been proposed or approved. It is my understanding that if the application had been processed as an individual permit instead of under the nationwide program, I would have had an opportunity to comment and the mine would have been noticed separately. If I had received notice I would have been interested in commenting on the mining application with the Corps of Engineers.

I declare under penalty of perjury that the foregoing is true and correct. Executed on this __5__ day of __9__ 2008.

_Rick Handshoe_
Rick Handshoe