IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF KENTUCKY
SOUTHERN DIVISION AT PIKEVILLE

KENTUCKY RIVERKEEPER, INC., et al.,

Plaintiffs,

v. CIVIL ACTION NO. 05-181-DLB

COLONEL KEITH E. LANDRY, et al.

Defendants.

## DECLARATION OF RICK HANDSHOE

I, Rick Handshoe, state and affirm as follows:

1. I live in Hueysville, Kentucky and have lived there most of my life.

2. I have been a member of Kentuckians for the Commonwealth ("KFTC") for approximately seven years.

3. KFTC is a non-profit grassroots group that has approximately 2,200 members statewide. KFTC's mission is to promote social justice and quality of life for all Kentuckians by addressing problems of land and mineral use and ownership. KFTC also promotes the participation of citizens in promoting democratic institutions.

4. As I understand it, the Corps authorized ICG to fill a tributary in Lige Hollow of Caney Fork of the Right Fork of Beaver Creek near Hollybush. This is very upsetting to me as it adds even more to the cumulative impacts of the water pollution from mining operations in Caney Fork and the Right Fork of Beaver Creek where I live.

5. Many years ago as a kid and young adult, I gigged for fish in Caney Fork and the Right Fork of Beaver Creek. I really loved to fish and be outdoors with my friends. But as time went on the water quality and the fishing got worse and worse and eventually just we stopped fishing.

6. Sometimes the water was black or orange and I was afraid to be in contact with it.

7. I believe the water pollution from the intensive mining upstream of my fishing spots harmed the fishery. It angers me to know that I can no longer use the stream the way I used.

8. The agencies just keep permitting more and more mining operations. The cumulative pollution from all the mines is greatly disturbing to me.

9. If the streams were cleaned up and the fishery returned, I would really enjoy fishing again in Caney Fork and the Right Fork of Beaver Creek.

10. Now I frequently visit Caney Fork area to see friends or on the way to the Knott County Court House or Alice Lloyd College but I don't fish. This is upsetting to me.

**Plaintiffs' Exhibit 5**

11. As I understand it the Corps authorized the ICG project through a Nationwide Permit. I also understand that there is no opportunity for public notice and comment on this type of authorization. This is concerns me a great deal. If I had notice, I would have been interested in commenting.

12. I intend to return to Caney Fork and the Right Fork of Beaver Creek in the future.

I declare under penalty of perjury that the foregoing is true and correct.
Executed on February 28, 2011.

*Ricky Handshoe*
Rick Handshoe