IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF KENTUCKY
SOUTHERN DIVISION AT PIKEVILLE

KENTUCKY RIVERKEEPER, INC., et al.,

Plaintiffs,

v.                                        CIVIL ACTION NO. 05-181-DLB

COLONEL KEITH E. LANDRY, et al.

Defendants.

## DECLARATION OF ERICA URIAS

I, Erica Urias, state and affirm as follows:

1. I have lived in Pike County, Kentucky on Island Creek a tributary of Fish Trap Lake for the past eight and a half years.

2. I have been a member of Kentuckians for the Commonwealth ("KFTC") for the past six years.

3. KFTC is a non-profit grassroots group. KFTC's mission is to promote social justice and quality of life for all Kentuckians by addressing problems of land and mineral use and ownership. KFTC also promotes the participation of citizens in promoting democratic institutions.

4. As I understand it Clintwood Elkhorn was authorized by the Army Corps of Engineers to fill tributaries of Big Creek of Levisa Fork close to Dunlap, Kentucky. I am very concerned and upset that these operations are contributing to the pollution in Levisa Fork and Fishtrap Lake downstream of Dunlap.

5. Dunlap is approximately five miles upstream of Fish Trap Lake and the mouth of Island Creek where I live.

6. I have visited the section of Levisa Fork between Fishtrap Lake and Dunlap three to four times. I went with my family and we walked along the stream, listened to the birds and looked for wildlife. I enjoyed the stream during my visits but I was extremely concerned about the pollution and sediment coming from the mines upstream.

7. While I would like to have fished this section of Levisa Fork, I refrained from doing so because of my concern about the water pollution coming from the mines upstream. I would enjoy this section of stream more and fish if the pollution from the mines upstream was cleaned up. I intend to return to this section of Levisa Fork in the future.

8. I visit Fishtrap Lake with my family near the community of Phyllis ten to fifteen times a year. My kids play, we feed the ducks, and sometimes I take photos. I enjoy the lake but I am extremely concerned about the sediment and water pollution coming from the mines upstream. I intend to return to Fishtrap Lake many times in the future.

**Plaintiffs' Exhibit 6**

9. I would like to fish during our trips to the lake but refrain from fishing because of the pollution from the mines upstream. The fish in the lake have sores and are nasty looking and I think they are unsafe to touch.

10. I would like to have my kids start fishing but I am afraid it's not safe. It is upsetting to me that my kids can't experience fishing like I did as a kid. If the pollution was cleaned up we would fish in the lake.

11. I would also like my kids and I to be able to swim in the lake. We refrain from swimming because of the water pollution. If the lake was cleaned up and safe, we would enjoy swimming there.

12. I am very concerned about the buildup of sediment from the mines in the lake. In the winter time you can really see the sediment because of the drawdown of water. Our home is about a mile above the designated flood plain around the lake. I am very concerned about increased flooding potential due to the sediment buildup. We are also concerned that it will get so bad that we will be forced out of our home due to the increasing size of the flood plain.

13. As I understand it, the Corps authorized the Clintwood Elkhorn stream fills through Nationwide Permits. I also understand that there is no opportunity for public notice and comment on this type of authorization. This is very upsetting to me because I think public input is very important for good government. If I had notice, I would have been interested in commenting on these permits.

14. Water is a big issue for me. I believe I have a right to clean water in Fishtrap Lake and Levisa Fork and it should not be taken away from me by the mining companies.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on February 28, 2011.

*Erica A Urias*
Erica Urias