## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF KENTUCKY
## AT LEXINGTON

**KENTUCKY RIVERKEEPER, INC.,**
**et al.,**

      Plaintiffs,

      v.                           CIVIL ACTION NO. 05-181-DLB

**COLONEL KEITH E. LANDRY, et al.**

      Defendants.

### DECLARATION OF TIM GUILFOILE

I, Tim Guilfoile, state and affirm as follows:

1. I currently live in Edgewood, Kentucky and have lived in Kentucky for twenty-five years.

2. I have been a member of Kentucky Waterways Alliance ("KWA") for approximately five years. For the past two years, I have been a member of the board of directors. KWA is dedicated to the protection and restoration of Kentucky's waterways.

3. I have also been a member of Kentuckians for the Commonwealth, ("KFTC"), for approximately four years. KFTC's mission is to promote social justice and quality of life for all Kentuckians by addressing problems of land and mineral use and ownership. KFTC also promotes the participation of citizens in promoting democratic institutions.

4. As I understand it over the past several years, the Corps has authorized a number of valley fills at mining sites located in the North Fork of the Kentucky River watershed. The sites are listed below and are located either in Carr Fork or along the North Fork between the mouth of Carr Fork and the town of Chavies.

///

| Name | Permit No. | County | Stream |
|---|---|---|---|
| Enterprise Mining | LRL-2007-1249 | Perry (near Dunraven) | Jake Campbell Branch, North Fork Ky River |
| ICG Hazard | LRL-2008-992 | Perry (near Bonnyman) | Sam Campbell Branch, North Fork Ky River |
| Pine Branch Coal Sales | LRL-2009-198 | Perry (near Napfor) | Rye Branch Creek, Napier Branch, North Fork Ky River |
| Locust Grove | LRL-2008-869 | Perry (near Hazard) | Brown's Fork, Messer Branch, North Fork Ky River |
| Cheyenne Resources | LRL-2007-1565 | Knott (near Kodak) | Montgomery Creek, North Fork Ky River |
| Enterprise Mining | LRL-2009-422 | Knott (near Sassafras) | Kelly Fork, Montgomery Creek, Carr Fork, North Fork Ky River |

5. I have twice visited the section of Carr Fork between its mouth and Carr Fork Reservoir. This includes the section of Carr Fork that joins Montgomery Creek. During my visits I did water quality sampling at a number of sites that included field conductivity tests and metals sampling.

6. I was very concerned about the water quality in Carr Fork as the conductivity readings were all very high, greater than 1000 µS/cm. I also noted heavy siltation.

7. These results are very upsetting to me as the degraded water quality decreases my enjoyment of Carr Fork during my visits. The pollution is aesthetically offensive to me. If the streams were cleaned up I would enjoy the streams more.

8. If on the other hand the Corps continues to permit fills that degrade water quality I will enjoy the stream less and less. I will also become more and more concerned about the mainstem of the North Fork of the Kentucky River as it receives drainage from Carr Fork.

9. I intend to return to this area in the future to monitor the water quality and impacts from mining.

10. I have also visited the mainstem of the North Fork of the Kentucky River between the mouth of Carr Fork and the town of Chavies approximately four times. I intend to return to this area in the future.

11. During my visits I did water quality sampling including field conductivity tests and other sampling. The conductivity was generally high and I also noted heavy siltation. As in Carr Fork, the high siltation and high conductivity is very upsetting and aesthetically offensive to me. I can only hope that the Corps will stop permitting fills that cause water quality problems. If the stream was cleaned up I would enjoy my visits much more.

12. On a quarterly basis, I also review the data collected by the Kentucky River Watershed Watch volunteer group covering this same area. That data also shows conductivity problems.

13. I recently was the keynote speaker at a meeting for the group. My take home message was that there are serious cumulative water quality impacts in the Kentucky River. You simply can't fill many of the small tributaries of a watershed without causing serious degradation. There are many mining fills in the watershed and those fills are linked with high conductivity and water quality problems.

14. I am angry and frustrated that fills continue to be authorized where there are already such obvious problems.

15. I believe the nationwide process is irresponsible in the face of the existing water quality problems in the watershed.

16. The Kentucky River was born about 150 million years ago and thrived all that time but we have managed to seriously degrade water quality in the past 150 years and the recent impacts from mining fills have greatly contributed to that degradation.

17. I also received no public notice that the mines listed above had been proposed or approved. It is my understanding that if the applications had been processed as individual permits instead of under the nationwide program, I would have had an opportunity to comment and the mines would have been noticed separately. If I had received notice I would have been interested in commenting on the mining application with the Corps of Engineers.

I declare under penalty of perjury that the foregoing is true and correct.
Executed on February 28, 2011.

_____
Tim Guilfoile